FILED
4-7-10 12:48
Date          Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Orlando_ Division

## CIVIL RIGHTS COMPLAINT FORM

Tyrone J. Peterson 09005533

CASE NUMBER: 6:10-CV-521-35DAB
(To be supplied by Clerk's Office)

---

(Enter **full name** of each <u>Plaintiff</u> and prison number, if applicable)

v.

Officers Hank Wong

Timothy Kuzma

Richard Ruth

Anthony Kirby

(Enter **full name** of each <u>Defendant</u>. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Orange County Correctional Facility
(Indicate the name and location)

P.O. Box 4970/Main 4A Orlando, Florida 32802

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

    1. Informal Grievance (Form DC3-005)
    2. Formal Grievance (Form DC1-303)
    3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.    <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (√)

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

    3. Were you denied emergency status? Yes ( ) No (√)

        a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (√)

        b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ___4___ day of __April__, 2 _010_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                   3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? _____

2. What were the results? _____

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ____4____ day of __April_____, 2 _010_ .

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                  4

IV. **PREVIOUS LAWSUITS**:

    A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1. Parties to previous lawsuit:

           Plaintiff(s): _____

           _____

           Defendant(s): _____

           _____

        2. Court (if federal court, name the district; if state court, name the county):

           _____

        3. Docket Number: _____

        4. Name of judge: _____

        5. Briefly describe the facts and basis of the lawsuit: _____

           _____

        6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

           _____

           _____

        7. Approximate filing date: _____

        8. Approximate disposition date: _____

    D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V.  **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Tyrone Jerome Peterson 09005533

   Mailing address: P.o. Box 4970 /Main 4A  Orlando, Florida 32802

_____

B.  Additional Plaintiffs: _____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: Timothy Kuzma

   Mailing Address: 100 S. Hughey Ave.

   Orlando, Fla. 32801

   Position: Officer

   Employed at: Orlando Police Department

D.  Defendant: Richard Ruth

   Mailing Address: 100 S. Hughey Ave.

   Orlando, Florida 32801

   Position: Officer

   Employed at: Orlando Police Department

DC 225 (Rev. 9/03)                          6

E. Defendant: Anthony Kirby

Mailing Address: 100 S. Hughey Ave.

Orlando, Florida 32801

Position: Officer

Employed at: Orlando police department

F. Defendant: Hank Hong

Mailing Address: 100 s. Hughey Ave.

Orlando, Florida 32801

Position: Officer

Employed at: Orlando police department

G. Defendant: 

Mailing Address: 

Position: 

Employed at:

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

excessive use of force, police brutality

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On 5/4/08 officers Wong, Ruth, Kuzma and Kirby unloaded their fire-arms upon plaintiff numerous times and hitting him 5 times as he jumped the fence and laid down to give up. Once plaintiff was apprehended and placed in handcuffs the defendents dog was given the authority to unjustifiably attack plaintiff which lead to K-9 ripping off half of plaintiff chalf muscule. The incedent happened on the 1500 block of Ridgepoint Dr, injuries cause by shooting 1 in the hip once in the buttocks, once in the Rt. knee and twice in the left foot. Can

**Statement of Facts, continued:**

and will be more specific once I'm able to recieve the discovery

VIII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I'm sueing for $20 million for all emotional, physical pain as well as permenent damages and scarring plus medical bills.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __4__ day of __April__, 2 _010_ .

_Tyrone Peterson_

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)