*Received*

~~FILED~~

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Orlando Division

2011 FEB 14  PM 1:49

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

Tyrone Jerome Peterson

CASE NUMBER: 6:10-CV-521-ORL (Amended)
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison
number, if applicable)

FILED

*March 15, 2011*

Date                          Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

v.

Hank Wong

Anthony Kirby

Richard Ruth

Timothy Kuzma
(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Taylor Correctional Institution
                                 (Indicate the name and location)

    8515 Hampton Springs Rd.  Perry, Fla.  32348

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
    THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

    [If your answer is YES, after reviewing the exhaustion requirements, answer the following
    questions]

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

**General Grievance**

1.   Informal Grievance (Form DC3-005)
2.   Formal Grievance (Form DC1-303)
3.   Appeal to the Office of Secretary (Form DC1-303)

**Other Grievance**

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0085 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

**Questions:**

A.   **Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0085 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22** (Request for Administrative Remedy or Appeal, bypassing the Informal grievance step).

1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (√)

2.   If so, you must attach a copy of the grievance and response to this Complaint form.

3.   Were you denied emergency status? Yes ( ) No (√)

   a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (√)

   b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   **Informal Grievance** (Request for Interview)

1.  Did you submit an Informal grievance (Form DC3-005)? Yes ( ) No (√)

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.  **Formal Grievance** (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No (√)

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form. ·

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (√)

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.  **Appeal to the Office of the Secretary** (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (√)

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this __31__ day of __January__, 2 _011_ .

_____
Signature of Plaintiff

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No ( √ )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes ( ) No ( √ )

B.   Did you present the facts relating to your Complaint in the grievance procedure?  Yes ( ) No ( √ )

C.   If your answer is YES:

    1.   What steps did you take? _____

    _____

    2.   What were the results? _____

    _____

    3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

    _____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ___31___ day of ___January___, 2 _011_ .

_____
**Signature of Plaintiff**

IV.   **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.   Parties to previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    2.   Court (if federal court, name the district; if state court, name the county):

        _____

    3.   Docket Number: _____

    4.   Name of judge: _____

    5.   Briefly describe the facts and basis of the lawsuit: _____

        _____

        _____

    6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

        _____

    7.   Approximate filing date: _____

    8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

---

---

---

---

V.   **PARTIES**:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Tyrone Jerome Peterson

Mailing address: Taylor Correctional Institution
8515 Hampton Springs Rd. Perry, Fla. 32348

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Hank Wong

Mailing Address: 100 South Hughey Ave.
Orlando, Fla. 32801

Position: Officer

Employed at: Orlando Police Department

D.   Defendant: Anthony Kirby

Mailing Address: 100 South Hughey Ave.
Orlando, Fla. 32801

Position: Officer

Employed at: Orlando Police Department

E.  Defendant: _Richard Ruth_____

Mailing Address: _100 South Hughey Ave.____
_Orlando, Fla. 32348_____

Position: _L___'___ Officer_____

Employed at: _Orlando Police Department____

F.  Defendant: _Timothy Kuzma_____

Mailing Address: _100 South Hughey Ave.____
_Orlando, Fla. 32348_____

Position: _Officer_____

Employed at: _Orlando Police Department____

G.  Defendant: _____

Mailing Address: _____
_____

Position: _____

Employed at: _____

**VI.**   <u>STATEMENT OF CLAIM</u>:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The Defendants in this case violated the plaintiffs IV and XIV Amend. U.S. Const. right by using excessive and deadly force to arrest the plaintiff who was unarmed and fleeing from the scene and posed no threats to the police officers lives. Moreover, the Defendants violated Federal law as determined by the supreme court of the United States—

**VII.**   <u>STATEMENT OF FACTS</u>:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  <u>Do not make any legal arguments or cite any cases or statutes.</u>  State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On 5/4/08 at the 1500 block of Ridge point Dr. between the hours of 3 to 5 am while fleeing for my life unarmed an officers cruisier collid-ed into the vehical I was driving ramming me in between two houses into a fence. I then jumped out of the vehical still unarmed and I proceeded to run towards the fence in the opposite direction of the officer. As I began to jump the fence I was shot twice in the

that the police cannot use deadly force to prevent the arrestee from escaping from being arrested for an alleged crime. Who is unarmed and fleeing and poses no threat to the officers lives.

**Statement of Facts, continued:**

backside of my body. Once in the left hip and once in the right buttocks. Now laying on the opposite side of the fence visiable to light I began to scream for help and plead for my life, when the officers then opened up fire hitting me three more times. As I lay there helpless, unarmed and bleeding I was unable to move but continued to cry for help the shooting stopped and one officer jumped the fence a help me to my feet. The officer pushed my upper torso and I flipped over the fence, after being handcuff -ed I was dragged into a circle of officers not long after the officer the officer had told me if he would have had 5 more second he would have killed me. Now I lay in the middle of a circle of officers as one officer paces back and forth waving his assault rifle in my face telling me to shut up while another officers K-9 (Dog) chew off my chalf hospitalizing me for a month. I later find out the officers involv -ed was Richard Ruth, Timoth Kuzma, Anthony Kirby and Hank Wong.

VIII.   <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I'm sueing for $10,000,000 the cost for medical bills, pain and suffering, lost of income and mental abuse.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___31___ day of ___January___, 2 _011_.

_Tyrone Peterson_

(Signatures of all Plaintiffs)

# Certificate of Service

I Hereby Certify that a true copy of the foregoing has been furnished via United states mail to:

Austin Moore
400 south Orange Ave.
Orlando, Fla. 32801

and

United States District Court
office of the Clerk
401 w. Central Blvd. suite 1200
Orlando, Fla. 32801

by depositing the foregoing papers in the hands of prison officials for mailing to the Party on this 9th day of February, 2011

Tyrone Peterson X43597
Taylor Correctional Inst.
8515 Hampton Springs Rd.
Perry, Fla. 32348