IN THE DISTRICT COURT OF THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRONE JEROME PETERSON,  CASE NO. 6:10-CV-521-35DAB

    Plaintiff.

v.

HANK WONG, TIMOTHY
KUZMAN, RICHARD RUTH and
ANTHONY KIRBY,

    Defendants.

_____/

**DEFENDANT HANK WONG, ANTHONY KIRBY, RICHARD RUTH and TIMOTHY KUZMA's ANSWER TO COMPLAINT**

Defendants, HANK WONG, TIMOTHY KUZMA, RICHARD RUTH and ANTHONY KIRBY, answer the Complaint and state as follows:

**STATEMENT OF THE CLAIM**

1. The defendants deny the claims contained within the Statement of Claim section of Plaintiff's Civil Rights Complaint form.

**STATEMENT OF THE FACTS**

2. Defendants admit that Plaintiff has identified the correct time and place of the alleged incident.

3. Defendants admit there was a vehicle pursuit and when it ended the Plaintiff jumped a fence in an effort to avoid arrest.

4. Defendants admit that the Plaintiff was shot by OPD officers as he attempted to flee.

5. Defendants admit that the following OPD officers, HANK WONG, TIMOTHY KUZMA, RICHARD RUTH and ANTHONY KIRBY were present for some or all of the alleged incident on May 4, 2008.

6. Defendants deny all other allegations contained within the statement of the facts section of Plaintiff's Civil Rights Complaint Form.

## AFFIRMATIVE DEFENSES

1. Defendants assert that they were in the lawful exercise of their law enforcement duties in their official capacity at the time of all the actions taken involving Plaintiff.

2. Defendant HANK WONG affirmatively alleges that at all times material hereto, Defendant has qualified immunity from personal liability for damages allegedly incurred by Plaintiff as a result of the actions taken involving Plaintiff.

3. Defendant ANTHONY KIRBY affirmatively alleges that at all times material hereto, Defendant has qualified immunity from personal liability for damages allegedly incurred by Plaintiff as a result of the actions taken involving Plaintiff.

4. Defendant RICHARD RUTH affirmatively alleges that at all times material hereto, Defendant has qualified immunity from personal liability for damages allegedly incurred by Plaintiff as a result of the actions taken involving Plaintiff.

5. Defendant TIMOTHY KUZMA affirmatively alleges that at all times material hereto, Defendant has qualified immunity from personal liability for damages allegedly incurred by Plaintiff as a result of the actions taken involving Plaintiff.

7. Defendants assert that probable cause existed for the law enforcement action taken against Plaintiff.

31. Defendants affirmatively allege that the force used against Plaintiff was reasonable.

32. Defendant affirmatively allege that no state or federally protected rights of the Plaintiff have been infringed or violated.

33. Defendants affirmatively allege that any acts of the Defendants were conducted in good faith, in the actual and reasonable belief that any such actions were legal and proper under the circumstances, and that the actions of the Defendants were objectively reasonable under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2011, I electronically filed with the Clerk of the Court by using the CM/ECF system a true and correct copy of the foregoing. Additionally a true and correct copy has been mailed to Tyrone J. Peterson, Orange County Correctional Facility, P.O. Box 4970, Main 4A, Orlando, FL 32802,

/s/Austin L. Moore  
Austin L. Moore  
Florida Bar No. 0643262  
Attorney for Defendants,  
HANK WONG, ANTHONY KIRBY,  
RICHARD RUTH, TIMOTHY KUZMA  
P.O. Box 4990, 3rd floor  
Orlando, FL  32802-4990  
Tel. (407) 246-2295  
Fax. (407) 246-2854  
E-mail:  austin.moore@cityoforlando.net